## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **AR15.COM LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-** 16-1479-R |
| | ) | |
| **Greg Cook and** | ) | |
| **GC CUSTOMS, LLC** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

### SUMMONS IN A CIVIL ACTION

**TO:  Mr. Gregory Paul Cook**
      **208 Kristy Drive**
      **Edmond, Oklahoma 73003**

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrea Treiber Cutter, Cutter Law Firm, PLC, Suite 12030, Tulsa, Oklahoma 74103.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____

*SUMMONS ISSUED:*
 12:46 pm, Dec 29, 2016
*CARMELITA REEDER SHINN, Clerk*

By: _____
        *Deputy Clerk*

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **AR15.COM LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-** 16-1479-R |
| | ) | |
| **Greg Cook and** | ) | |
| **GC CUSTOMS, LLC** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:    GC CUSTOMS, LLC by and through its registered agent for service of process,**
**Mr. Gregory Paul Cook**
**208 Kristy Drive**
**Edmond, Oklahoma 73003**

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrea Treiber Cutter, Cutter Law Firm, PLC, Suite 12030, Tulsa, Oklahoma 74103.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____

SUMMONS ISSUED:
**12:46 pm, Dec 29, 2016**
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk